RECEIVED
AUG - 4 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ALBERTO ANGULO-HERNANDEZ<br>BOP#00324-049 | CIVIL ACTION 2:13-CV-1533<br>SECTION P |
| VERSUS | JUDGE TRIMBLE |
| C. MAIORANA | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly, it is

**ORDERED** that the Petition for Writ of Habeas Corpus be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

Signed in chambers, Lake Charles, Louisiana, on ____August 4____, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE